JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. FULTON,<br>   Petitioner,<br>  v.<br>WILLIAM MUNIZ, *Warden*,<br>   Respondent. | Case No. LA CV 15-7685 JLS (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice and Denying Certificate of Appealability.

DATED: October 30, 2015

                HON. JOSEPHINE L. STATON
                UNITED STATES DISTRICT JUDGE